Gary C. Sleeper
Allison G. Strickland
Kendra E. Bowman
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322
gcsleeper@jdolaw.com
astrickland@jdolaw.com
kbowman@jdolaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENDALL DEALERSHIP HOLDINGS, LLC,<br><br>     Plaintiff,<br>vs.<br><br>WARREN DISTRIBUTION, INC., a Nebraska Corporation,<br>     Defendant. | Case No. 3:18-CV-00146 HRH |
| WARREN DISTRIBUTION, INC.,<br><br>     Third Party Plaintiff,<br>vs.<br><br>ELECTRICAL COMPONENTS INTERNATIONAL, INC., and ELECTRICAL COMPONENTS CANADA, INC., and TOYOTA CANADA, INC.<br><br>     Third Party Defendants. | |

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

## OBJECTION TO ECI/ECC AND WARREN'S JOINT RESPONSE TO THE COURT'S ORDER REGARDING MOTION TO EXCLUDE SHIDEH'S TESTIMONY

On June 24, 2021, this court ordered defendants to submit "an accounting of the costs associated with defendants having to subpoena Federated's files and the costs associated with defendants' attempts to obtain the vehicles and engine block heaters that Shideh inspected." What defendants' submit as their costs goes beyond the scope of the order, and plaintiff objects to this court awarding defendants costs as requesting in their joint response filed July 9, 2021. For example, defendants include costs related to deposing Brian Murphy to "ensure that all Shideh records and reports contained in the Federated files had been produced." In fact, this is unrelated to the costs associated with obtaining Federated's files, which were produced separately from Mr. Murphy. Nor was Mr. Murphy's deposition focused on the completeness of the Federated files. Federated's files were produced following subpoena and scheduling of a records deposition. Upon receipt of an affidavit and certificate of completeness from Federated regarding the completeness of the records, the records deposition was canceled. Attachment A to Defendants' Motion provides the roadmap of that history. Dkt 254-1. Mr. Murphy's deposition had nothing to do with obtaining documents or block heaters. Defendants seek to obtain at least $1865 in costs, and $912 in attorney's fees related to Mr. Murphy's deposition.

Additionally, significant discovery disputes arose to address the privilege asserted by Federated and Kendall relating to withheld work product documents. Many of those

{01169564}
OBJECTION TO ECI/ECC AND WARREN'S JOINT RESPONSE TO THE COURT'S ORDER REGARDING MOTION TO EXCLUDE SHIDEH'S TESTIMONY
*Kendall Dealership Holdings, LLC v. Warren Dorian, et al.*, Case No. 3:18-cv-00146-HRH
Page 2 of 4

Case 3:18-cv-00146-HRH   Document 258   Filed 07/13/21   Page 2 of 4

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

privileges were maintained, and some were specifically waived on a limited basis in order to further discovery. Defendants seek to recover at least $570 in attorney's fees related to resolving this discovery dispute that is unrelated to obtaining Federated's file or the block heaters at issue.

Finally, defendants have inexplicably continued to pay for storing the vehicles at issue for no apparent reason and incurred at least $9195 related to storage. A cost that is not associate with attempting to inspect the block heaters. And a cost that no party should have incurred, and that plaintiff should not be liable to pay. Defendants also seek to recover at least $3820 in fees for towing certain of the vehicles to Anchorage, which is an expense defendants agreed to pay for prior to the towing occurred. Defendants cannot now in good faith seek to recover these costs given that their expert could have inspected the vehicles in Fairbanks. Defendants, in essence, are seeking to inappropriate pass along costs to plaintiff that are not contemplated by the Court's order.

Defendants' request for costs goes beyond the scope of this Court's Order. Plaintiff objects to the costs, and request this court strike the costs sought unrelated to obtaining the Federated files and block heaters for inspection, and reduce the amount sought by at least $16,362.

DATED this 13th day of July, 2021, at Anchorage, Alaska.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Kendall Dealership Holdings, LLC


By: */s/ Allison G. Strickland*

{01169564}
OBJECTION TO ECI/ECC AND WARREN'S JOINT RESPONSE TO THE COURT'S ORDER REGARDING MOTION TO EXCLUDE SHIDEH'S TESTIMONY
*Kendall Dealership Holdings, LLC v. Warren Distribution, Inc.*, Case No. 3:18-cv-00146-HRH
Page 3 of 4

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Allison G. Strickland
Alaska Bar No.: 1005020

**CERTIFICATE OF SERVICE:**

This is to certify that a true and
correct copy of the foregoing was
served by E-Service using CM/ECF System
on July 13, 2021 to the following:

Daniel T. Quinn
Marc G. Wilhelm
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
dquinn@richmondquinn.com
mwilhelm@richmondquinn.com

Cynthia L. Ducey
DUCEY & ASSOCIATES, LLC
745 W 4th Ave., Ste. 425
Anchorage, AK 99501
cld@duceylawak.com

*/s/ Allison Strickland*
Allison Strickland

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{01169564}
OBJECTION TO ECI/ECC AND WARREN'S JOINT RESPONSE TO THE COURT'S ORDER REGARDING MOTION TO EXCLUDE SHIDEH'S TESTIMONY
*Kiewit Dealership Holdings, LLC v. Warren, et al.*, Case No. 3:18-cv-00146-HRH
Page 4 of 4