**ENGINEERING REPORT**

**INVESTIGATION OF VEHICLE FIRES**
**AND**
**ENGINE BLOCK HEATERS**

United States District Court
District of Alaska
Case No. 3:18-CV-00146 HRH

By:

STANLEY JAWORSKI, P.E., C.F.E.I., C.V.F.I.

23 JULY 2020

RFI FILE 19WA0077 WILHELM-WARREN

**Robson Forensic**
THE EXPERTS

## 1.0 INTRODUCTION

Vehicles manufactured by Toyota and sold by Kendall Auto Group (Kendall) have been involved in thermal events. The vehicles involved were equipped with electrically powered engine block heaters. It is alleged that defective power cords for the block heaters are the cause of the thermal events.

Robson Forensic Inc. was retained by defense counsel representing Warren Distribution and the manufacturer of the engine block heaters, Electrical Components International Inc. and Electrical Components Canada Inc. (ECI/ECC)

The purpose of my investigation was to:
- Investigate the vehicle fires.
- Determine whether or not the engine block heaters or their cords were the cause of the fires.
- Determine if the engine block heaters or their cords were defective in a way that caused the fires.

Robson Forensic, Inc. invoices at the rate of $430 per hour for my services and I have no financial interest in the outcome of this case. The total billed to date is estimated at $ 31,023.11. A copy of my curriculum vitae and testimony history is attached to this report. I may use any or all of the items listed below, as well as any standards/ publications referred to (or referenced to) in this report, to support my opinions and findings.

## 2.0 INFORMATION REVIEWED

1. Complaint, Kendall vs. Warren vs. ECC/ECI U.S. District Court, Alaska, Case No. 3:18-cv-00146-HRH ; 19 Oct 2018
2. Complaint, Kendall vs. Warren, Superior Court, Alaska, Case No. 3AN-18-6927CI ; 22 May 2018
3. Kendall Automotive Group website, https://www.kendallautogroup.com/
4. Answer to complaint by Warren Distribution
5. Third Party Complaint by Warren Distribution against ECI/ECC
6. Answer to Third Party Complaint by ECI
7. Answer to Third Party Complaint by ECC
8. Kendall's response to Warren's First Discovery Requests
9. Kendall's response to ECC & ECI's First Discovery Requests
10. Kendall's response to Warren's Second Discovery Requests
11. Warren's response to Kendall's First Discovery Requests and Warren's Responsive Documents
12. Response to Warren's First Discovery Requests to ECC
13. Response to Warren's First Discovery Requests to ECI
14. Response to Kendall's First Discovery Requests to ECI
15. Bates Stamped Documents ECC 000015 – 000053; 000080 – 000097; 000473 – 092607
16. Bates Stamped Documents KDH 000001-005606; 005623 – 008526
17. Warren 000001 - 000124
18. KDH 008560-8593 - Kendall's 12th Supplemental Disclosure
19. Kendall's 17th Supplemental Disclosures ECI 092623-129348



**Robson Forensic** THE EXPERTS

1

20  Bates Stamped Documents ECI 129349-154794
21  Bates Stamped Documents ECI 154795-158379
22  Bates Stamped Documents KDH 00547-005491
23  Deposition testimony transcript of Duncan Whitelaw & exhibits; 28 October 2019
24  Deposition testimony transcript of Josh Dare & exhibits; 29 October 2019
25  Bates Stamped Documents KDH 005089 – 005291
26  "A Stitch In Time" The Complete Guide to Electrical Insulation Testing Copyright 2006
27  NFPA 921  Guide for Fire & Explosion Investigations, 2014, National Fire Protection Association
28  My photographs and notes from my vehicle inspections; 24 Jun 2020
29  My photographs and data from my inspection of exemplar engine block heaters

## 3.0     BACKGROUND

Kendall operates as a dealer of new and used cars.  Per the Kendal website, Kendall represents 23 automakers at 40 dealerships.[1]  Toyota is one of the manufacturers represented by Kendall.  One of the states where Kendall operates dealerships is Alaska.

An engine block heater is a device that preheats the engine of a vehicle for the purpose of facilitating engine starting.  Warm engines start easier than cold engines because the lubricating oil becomes more viscous when it is cold, which adds load to the starter motor.  Additionally fuel atomizes better and is more easily ignited at warmer temperatures than at colder temperatures.

The subject engine block heaters installed by Kendall are the ECI model 913-US.  These are identical in design to the Canadian market model 913. These block heaters are electrical resistance type heaters. Other examples of electrical resistance heaters are the heating elements in electric ovens, electric baseboard heaters, or an electric stovetop burner.  Electricity flows through the resistive heating element, and the electrical energy is converted into thermal energy.

Since January of 2014 Kendall has installed the ECI 913-US block heaters on all Toyota vehicles it sold to Alaska car purchasers.[2]

- ECC manufactures the block heaters for ECI.
- ECI sells the block heaters under the "Pyroil" brand name.
- Warren buys the Pyroil block heaters and distributes (sells) them.
- Kendal purchases the block heaters from Warren, and installs them in vehicles at their dealerships.

---

[1] https://www.kendallautogroup.com/
[2] Complaint, Kendall vs. Warren, Superior Court, Alaska, Case No. 3AN-18-6927 ; 22 May 2018, Paragraph 8



**THE EXPERTS**
**Robson Forensic**

2

The subject engine block heaters / power cords are alleged to have started several vehicle fires and damaged others (thermal events). Sean Shideh, P.E., has conducted an investigation on behalf of Kendall and / or its insurer. As part of his investigation Shideh investigated five (5) vehicles which had been involved in a fire and had the subject engine block heater installed. Among his conclusions, Shideh opines that:

- Errors in installation procedures cannot be considered a factor in these fires.
- Sudden changes in the in engine and engine compartment design cannot be considered a factor.
- There are no reports of fires signifying a trend within a specific Toyota model, engine family, or certain dealer's installation procedures.

## 4.0   VEHICLE INSPECTIONS

On 24 June 2020 I inspected three of the incident vehicles at Chaz Limited Collision Express located at 1801 E 5th Ave, Anchorage, Alaska. These were the only vehicles made available for inspection upon my request.

Jeep Patriot
I inspected a 2015 Jeep Patriot, VIN 1C4NJRBBXFD214355. The engine block heater and its associated power cord had already been removed at a previous inspection and were not present. I was unable to inspect either item.

The vehicle exhibited evidence of having been involved in a front end collision with a tree, pole, or bollard, based on my observation of damage to the hood, front lower cross member and radiator core support (Figure 1).

The vehicle exhibits more damage from heat toward the front of the vehicle, with the most damage being inside the engine compartment (Figure 2).



**Figure 1:  Front End Damage, Jeep Patriot**



3



**Figure 2: Fire Patterning and Heat Damage, Jeep Patriot**

The positive battery cable, which goes from the positive battery terminal to a terminal on the starter motor solenoid indicated damage due to excessive current flow. The end of the cable is frayed and exhibits damage typical of arcing (Figure 3). The cable was lying in the engine compartment. The cable had fallen away from the starter motor solenoid, but was still attached to the terminal, which had fallen out of the solenoid itself. On that terminal, the starter cable is joined to the charge cable coming from the alternator, the vehicle's source of electrical power, which is driven by the engine. This cable is an electrical path from the battery to the starter motor and from the alternator to the battery for charging the battery when the engine is running. I repositioned the cable in its proper orientation and routing (Figure 4).



**Figure 3: Starter Cable Damage**



**Figure 4: Starting - Charging System Cable**

There is physical damage to the oil pan directly behind the oil filter. The oil pan has been crushed (Figure 5). A section of the starting and charging system cable which was routed through this area has also been crushed / flattened (Figure 6).

**THE EXPERTS**

# Robson Forensic

5



**Figure 5: Oil Pan Crush Damage**



**Figure 6: Crushed/Flattened Starting and Charging Cable**

**THE EXPERTS**
**Robson Forensic**

6

<u>Toyota Tacoma</u>

I inspected a 2017 Toyota Tacoma, VIN 3TMDZ5BN4HM029622. The engine block heater was present, located fully inserted into its core hole in the engine block. The engine block heater's associated power cord had already been removed at a previous inspection and was not present. I did not get to inspect the power cord.

Fire and heat damage was greatest at the front of the vehicle (Figure 7). The inside of the passenger compartment had been on fire. The front seat row of the passenger compartment had greater fire and heat damage done to it than the back seat row, and many flammable objects such as clothing, paper, and athletic shoes in the back seat area survived the fire. The engine block heater was frozen in its core hole, and I was unable to retrieve it (Figure 8). There was significant damage from heat and fire in the engine compartment (Figure 9).



**Figure 7: Fire Damage to Front of Toyota Tacoma**



**Figure 8: Engine Block Heater, Toyota Tacoma**

**THE EXPERTS**
**Robson Forensic**

7



**Figure 9: Fire and Heat Damage, Engine Compartment, Toyota Tacoma**

Toyota Highlander

I inspected a 2017 Toyota Highlander, VIN 5TDJZRFH4HS38736. The engine block heater and its associated power cord had already been removed at a previous inspection and were not present. I was unable to inspect either item.

The front tires had completely burned and the rear tires had not (Figure 10). Some portions of the cargo area lift gate and quarter panel still had paint on them that had not yet been discolored by heat. A portion of the rear bumper cover, which is plastic, survived the fire as well. Damage in the engine compartment was extensive (Figure 12). I inserted one of my fingers into the engine block heater core hole. The engine block heater core hole was clear of debris and the inside surface felt undamaged. There were small broken pieces of windshield on the floor of the passenger compartment.

Case 3:18-cv-00146-HRH    Document 270-2    Filed 07/30/21    Page 9 of 31    ECI 158391
EXHIBIT A, Page 9 of 31



**Figure 10: Fire and Heat Damage, Toyota Highlander**



**Figure 11: Paint on Quarter Panel, Plastic Bumper Cover**

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 10 of 31   ECI 158392

EXHIBIT A   Page 10 of 31



**Figure 12: Engine Compartment, Toyota Highlander**

## 5.0 EXAMINATION OF EXEMPLAR ENGINE BLOCK HEATERS

I inspected exemplar engine block heaters provided to me by the manufacturer. I installed a thermocouple in the molded silicon connector and monitored the temperature inside the connector while I operated exemplar engine block heaters under three different conditions. I operated the engine block heaters while fully in contact with an adequate heatsink, while partially in contact with an adequate heatsink, and while not in contact with an adequate heatsink.

When operated in full contact with an adequate heat sink the internal temperature of the molded connectors never exceeded its rated temperature.

For the portion of the examination when I operated the an engine block heater while not in contact with an adequate heatsink I also mounted a thermocouple to the surface of the engine block heater, on the surface which would normally be inserted into the core hole. While not in contact with a heatsink the surface temperature of the engine block heater reached 1,080° Fahrenheit before I de-energized the heater.

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 11 of 31   EXHIBIT A - Page 11 of 31   ECI 158393

## 6.0    ANALYSIS

Jeep Patriot
The fire and heat damage done to the Jeep Patriot that I inspected is greatest at the front of the vehicle, in the engine compartment. The engine compartment is the most likely area of origin. Within the area of origin a likely and competent source of ignition is the damaged starting and charging cable. Physical evidence supports that the vehicle was crashed. During the crash an object struck the oil pan with sufficient force to damage it. Additionally, the starting and charging system cable which was routed in that area was impinged/damaged. This is supported by the physical evidence of the crushing and flatting of the cable depicted in Figure 6. When the cable sustained this damage, the insulation was also damaged, exposing a section of bare conductor. The starting and charging system cable is constantly energized, is unfused, and is not protected from overcurrent. Once the cable's insulation is damaged the cable is a competent ignition source and capable of igniting a fire.

An exposed section of cable in contact with the engine block or another grounded part of the vehicle will create a short circuit. This will cause an excessive amount of current to flow through the cable, causing it to become hot. This competent source of ignition caused the fire in the engine compartment of the Jeep Patriot.

**The fire that damaged the Jeep Patriot was caused by a damaged starting and charging system cable.**

Toyota Tacoma
The fire and heat damage done to the Toyota Tacoma that I inspected is greatest at the front of the vehicle. While there was fire and heat damage in the passenger compartment, the damage was greater in the engine compartment. Aluminum components in the engine compartment were molten, such as the brake system master cylinder, while clothing and paper items were still intact in the passenger compartment.

That physical evidence indicates that the engine compartment reached higher temperatures, and likely burned longer. It is likely that the area of origin of the fire was the engine compartment. Also, the failure of the vehicle's windshield is consistent with the engine compartment being the compartment of origin versus the passenger compartment.

A cause of the fire could not be determined.

Toyota Highlander
Most of the Highlander was consumed in the fire. Still, there was physical evidence that the front of the vehicle had reached higher temperatures than the rear of the vehicle. For example, the front tires had completely burned, whereas the rear tires had not. Also, some portions of the cargo area lift gate and quarter panel still had paint on them and had not yet been discolored by heat. This physical evidence supports that the front of the vehicle burned longer, and reached higher temperatures.

The origin of the fire was nearer to the front of the vehicle than it was to the rear. The presence of small pieces of broken windshield glass on the floor of the passenger compartment, versus the windshield being smoothly melted onto the top of the dash board structure supports that the fire did not start in the passenger compartment.



THE EXPERTS
Robson Forensic

11

I reviewed the initial investigation done on by Tom Saxon. A photo on page KDH 00848 shows where Saxon found the engine block heater. The heater's power cable is lying across an exhaust pipe (Figure 13). Another picture, from page KDH 008478, shows that the molded silicone connector is intact (Figure 14).

The likely cause of the fire is a defective installation of the engine block heater. The block heater was found outside of the core hole. I have seen no reports in which a correctly installed block heater was found outside of the core hole after a thermal event or fire. No explanation for how a fire would cause the block heater to fall out of its core hole can be given or has been given by any expert. It is likely that the engine block heater's retaining clip was not fully engaged when the heater was installed. This allowed the heater to fall out of the core hole, coming to rest on the exhaust pipe by its power cord. Two possible competent sources of ignition in the engine compartment were identified relating to the block heater being found outside its core hole.

The first competent ignition source is a damaged power cord's jacket and insulation caused by direct contact with the hot exhaust pipe (melted on the exhaust pipe) during vehicle operation. A heat damaged power cord would create a short circuit in the power cable. A competent source of ignition would be created the next time the power cable to the block heater was energized.

A second competent ignition source is the engine block heater itself. No longer inserted into its core (reasonable heat sink), the block heater would become a competent ignition source within the engine compartment the next time it was powered. Then engine block heater I operated in a similar condition reached temperatures beyond 1,000° Fahrenheit, which is well past the ignition temperatures of many materials in an engine compartment such as plastic, undercoating, or grease/oil residue.

Both competent ignition sources are the result of a defective installation of the block heater and are supported by physical evidence. The defective installation of the block heater was a cause of the fire that damaged the Toyota Highlander.

**The fire that damaged the Toyota Highlander was caused by the defective installation of the engine block heater.**





This pic was provided by Tom Saxton taken in his initial inspection (showing where he found the block hear under the vehicle)

**Figure 13: Engine Block Heater Power Cable on Exhaust Pipe**



**Figure 14: Toyota Highlander Engine Block Heater**

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 14 of 31   EXHIBIT A – Page 14 of 31   ECI 158396

<u>Field Technical Reports, Toyota Canada Inc.</u>
I reviewed five Field Technical Reports written by Toyota Canada Inc. (TCI). These reports document the condition of vehicles which experienced thermal events that were alleged to have been caused by the engine block heater power cable.

16_Camry HV_6656
Text taken from this report states: *"However, there was evidence of mechanical damage to the body of the cartridge, consistent with a striking tool used repeatedly to likely seat the cartridge. Also, the retaining clip appeared to be deformed, and one side of the clip exhibited marks consistent with a grinding tool. The body of the cartridge also had small sections that exhibited marks consistent with a grinding tool."*[3]

AND

*"Block heater cartridge was fully inserted, however the clip was not in place and the cartridge could be slid in and out of position"*[4]

The installation of this engine block heater was defective. Actions such as grinding on the engine block heater and striking it with a tool are not consistent with the instructions provided by the manufacturer. Also, the defective installation left the heater free to slide out of the core hole. If the heater comes out of the core hole, the heat it generates will not be transferred (conducted) away from it at the designed rate because of a reduction in contact surface area. With the heat not being transferred away from it at the intended rate, its temperature will increase to a temperature that would damage the connector. Also, in this condition the heater itself will become hot enough to ignite flammable materials.

The installation of this engine block heater was defective because it does not comply with the manufacturer's written instructions.

16_Corolla_7762
The report states: *"there was no evidence of grease application when the cartridge was removed"*[5]

The manufacturer's instructions clearly state *"Coat the cartridge hole and the cartridge heater (body only, not terminals) with NSCG silicone grease G-624 to ensure good heat transfer, and prevent moisture (salt splash) from entering the hole (Figure 1)."*[6]

Corrosion forming in between the engine block heater and the core hole, along with a lack of heat conducting compound will reduce the rate at which heat generated by the heater is conducted away from it. With the heat not being transferred away from it at the intended rate, its temperature would increase to temperatures that will damage its electrical connector.

The installation of this engine block heater was defective because it does not comply with the manufacturer's written instructions.

---

[3] Bates stamp ECI 005774
[4] Bates stamp ECI 005779
[5] Bates stamp ECI 005789
[6] Bates stamp ECI 005845



16_RAV4 HV_6691
The report states: *"there was no evidence of grease application when the cartridge was removed."*[7]

The manufacturer's instructions clearly state *"Coat the cartridge hole and the cartridge heater (body only, not terminals) with NSCG silicone grease G-624 to ensure good heat transfer, and prevent moisture (salt splash) from entering the hole (Figure 1)."*[8]

Corrosion forming in between the engine block heater and the core hole, along with a lack of heat conducting compound will reduce the rate at which heat generated by the heater is conducted away from it. With the heat not being transferred away from it at the intended rate, its temperature would increase to temperatures that will damage its electrical connector.

Also noted in the report: *"The routing of the block heater wiring was evident from the thermal evidence/remains. The routing deviated from the installation instructions entirely."*[9]

The installation of this engine block heater was defective because it does not comply with the manufacturer's written instructions.

17_Corolla CVT_8250
The report states: *"there was no evidence of grease application when the cartridge was removed"* [10]

The manufacturer's instructions clearly state *"Coat the cartridge hole and the cartridge heater (body only, not terminals) with NSCG silicone grease G-624 to ensure good heat transfer, and prevent moisture (salt splash) from entering the hole (Figure 1)."*[11]

Corrosion forming in between the engine block heater and the core hole, along with a lack of heat conducting compound will reduce the rate at which heat generated by the heater is conducted away from it. With the heat not being transferred away from it at the intended rate, its temperature would increase to temperatures that will damage its electrical connector.

The installation of this engine block heater was defective because it does not comply with the manufacturer's written instructions.

17_Sienna_9493
The report states: *"There was no grease found on the cartridge or within the engine block cartridge hole."* [12]

The manufacturer's instructions clearly state *"Coat the cartridge hole and the cartridge heater (body only, not terminals) with NSCG silicone grease G-624 to ensure good heat transfer, and prevent moisture (salt splash) from entering the hole (Figure 1)."*[13]

---

[7] Bates stamp ECI005800
[8] Bates stamp ECI 005845
[9] Bates stamp ECI005800
[10] Bates stamp ECI005810
[11] Bates stamp ECI 005845
[12] Bates stamp ECI 005824
[13] Bates stamp ECI 005845



THE EXPERTS
**Robson Forensic**

15

Corrosion forming in between the engine block heater and the core hole, along with a lack of heat conducting compound will reduce the rate at which heat generated by the heater is conducted away from it. With the heat not being transferred away from it at the intended rate, its temperature would increase to temperatures will damage its electrical connector.

The installation of this engine block heater was defective because it does not comply with the manufacturer's written instructions.

All five Field Technical Reports performed by TCI document installations that do not comply with the manufacturer's written instructions. There are several different defective conditions that are documented, and one that appears in multiple reports. All reports illustrated installation defects that would result in inadequate heat transfer from the engine block heater to the engine block, which would cause the engine block heater to become excessively hot. Since the engine block heater's power cord is physically in intimate contact with the heater, the power cord's plug would also become excessively hot and be damaged by heat.

2016 Toyota 4 Runner Installation Defect
In an email dated 29 February 2020 the owner of a Toyota 4 Runner contacts the dealer they purchased the vehicle from. [14]
Text in the email states:

*"As you can see, it melted at the junction between the wire and the plug. They did not find any evidence that the installer had used recommended NSGC silicone grease which enables it to transfer heat from the plug to the block, therefore causing it to overheat and melt."*

The installation done by the dealer is defective because they did not follow the manufacture's written instructions and did not use the recommended grease.

**The defective installation of engine block heaters is well documented and will increase the risk of a thermal event.**

<u>Rebuttal of Shideh's Reports</u>

Sean Shideh, P.E., (Shideh) was retained by Jermain, Dunnagan, & Owens, PC to advise if the ECI/ECC engine block heaters were the cause of the subject thermal events. Shideh has issued two versions of a report[15]; all versions which I have reviewed have the same three conclusions. Shideh has also issued a report concerning his investigation of the Jeep Patriot[16]

In the summary of documents reviewed section of his report[17], Shideh states that "TCI investigators found most of the fires to have origins in the silicon molded female section of the connector to heater element". However he does not identify which documents these assertions were made in, does not identify what methods of fire investigation were used to make the determination, nor does he identify

---

[14] Bates stamp KDH 008651
[15] Bates stamp KDH 008642, KDH 008563
[16] Bates stamp KDH 005453-005606 - Kendall's 2nd Supplemental Disclosures
[17] Bates stamp KDH 008639



any specific defect that caused the failure. He also states that: "TCI investigated or was aware of at least seven fires involving vehicles equipped with EBH 913". This has little or no bearing on the subject because all Toyotas sold by Kendall to Alaska customers are equipped with the engine block heater.

Shideh goes in the same section[18] on to offer that "EBH 913 samples collected from dealer inventories showed "anomalies" in the wires and crimping at the female section of the heater connector" but he does not identify any specific defect that has been proven in a reliable and repeatable way to cause a fire.

A series of laboratory tests was performed as a collaborative effort between TCI and ECI/ECC in an attempt to duplicate the thermal events exhibited by the engine block heater cord (the duplication tests). During the duplication tests, none of the anomalies alluded to by Shideh resulted in thermal events.[19] During the duplication tests thermal events could only be recreated by exposing the engine block heater cord's silicone plug to temperatures well above its design rating.[20] The incident engine block heaters are designed and rated to operate safely up to 105 Degrees Celsius (°C). Only exposure to temperatures at or above 150 °C would reliably cause a thermal event.[21]

ECC/ECI subjects every cord produced to a high potential test, where the cord's conductors are energized to 1,500 volts to evaluated the condition of the insulation and uncover any manufacturing defects that would yield a short circuit within the cord.[22] A high potential test, also known as a Mega Ohm test, or megger test is a reliable and industrially accepted method of evaluating electrical insulation. This is an effective test that will reliably and repeatably reveal deteriorated or defective electrical insulation.[23]

**The information in Shideh's Summary of Documents Reviewed mischaracterizes the duplication testing.**

**ECC/ECI's quality control and quality assurance testing on the engine block heaters was reasonable.**

**The engine block heaters are not defective in a manner that makes them unfit or unsafe for their intended use.**

---

[18] Bates stamp KDH 008640
[19] Deposition Testimony of Josh Dare; 29 October 2019; P55 L26 – P56 L2
[20] Deposition Testimony of Josh Dare; 29 October 2019; P26 L6-8
[21] Deposition Testimony of Josh Dare; 29 October 2019; P27 L20-25
[22] Deposition Testimony of Josh Dare; 29 October 2019; P137 L6-19
[23] "A Stitch In Time" The Complete Guide to Electrical Insulation Testing Copyright 2006



THE EXPERTS
**Robson Forensic**

EXHIBIT A, Page 18 of 31 ECI 158400

Shideh performed an inspection of the Jeep Patriot, VIN 1C4NJRBBXFD214355, and provided a report. In his report Shideh states that:

*"All the wiring harness to the block heater and heat pads for the battery, etc., had been damaged and destroyed in the fire. The block heater was found placed and installed securely inside an engine port. A wire leading to the block heater showed evidence of shorting. However, the root cause of the short remains unknown. It is conceivable that the wiring harnesses for the black heater and/or heating pads sustained damages from an accident that occurred before the fire."*

In his investigation Shideh is fixated on the engine block heater. He has observed crash damage to the vehicle. Shideh speculates that it's conceivable that the engine block heater wiring has been damaged in the crash however he does not offer any explanation as to how this would be possible. In his fixation with the engine block heater and its wiring he failed to notice that a large, unfused, and constantly energized cable (starting and charging system cable), had sustained damage in the crash. This cable is located proximate to an area damaged in the crash, but it was either not noticed or was ignored by Shideh. Shideh's fire investigation of the Jeep was not thorough, and he does not indicate that he considered any alternate ignition sources or causes of the fire besides the engine block heater and its wiring.

In an email dated 10 July 2019 Brian Murphy, Federated Service Insurance Company, is discussing the vehicle fire investigation of the Toyota Highlander, VIN 5TDJZRFH4HS38736, with Andrew Brack, Kendall Auto.[24] In the email Murphy states that their expert (Shideh) did not find evidence of improper installation and that they had only asked him for a verbal report.

Figure 14 of this report depicts the incident block heater. The silicone rubber connector, which has been alleged as being the source of ignition in many of the fires, is still intact. The block heater was found out of the engine, lying across an exhaust pipe. There is physical evidence documented by TCI in their investigation of 16_Camry HV_6656, mentioned previously in this report, that an engine block heater has previously been installed in a defective manner and was able to slide out of the core hole. Despite this, Shideh does not find that an installation defect could be the reason the engine block heater was discovered lying across an exhaust pipe, out of its core hole. Further, Shideh offers no explanation as to how the engine block heater came out of its core hole and opines that a defective cord is the cause of the fire.

Despite the physical evidence documented by TCI concerning installation defects and the physical evidence presented in the Toyota Highlander fire investigation, Shideh states as his first conclusion in his report that:

*"Errors in installation procedures of the EBH 913 by Toyota dealer technicians cannot be considered a factor in these fires."[25]*

---

[24] Bates stamp KDH 008470  Kendall's 7th Supplemental Disclosures
[25] Bates stamp KDH 008562


**THE EXPERTS**
**Robson Forensic**

18

I disagree with this conclusion. I have identified a more likely cause of the Highlander fire, defective installation. Additionally Shideh *should* be considering other potential causes such as installation errors as potential causes of the fires to avoid bias. His conclusion is contrary to the text of NFPA 921[26], 4.3.9 which states:

*When using the scientific method, testing the hypothesis should be designed to disprove the hypothesis. Confirmation bias occurs when the investigator tries to prove the hypothesis. This can result in failure to consider alternate hypotheses, or prematurely discounting seemingly contradictory data without an appropriate assessment.*

This is exactly what Shideh has done. All five of the technical field reports done on vehicles which had experienced a thermal event exhibited some sort of, or multiple installation defects. It is likely that the installation of the engine block heater in the Toyota Highlander was defective, and allowed the heater to fall out of its core. However, Shideh opines that installation errors cannot be considered because installation errors *"did not suddenly become the technicians practice"*, i.e. the technicians have been performing defective installations throughout the past.

**Shideh's first conclusion, that installation procedures cannot be considered a factor in these fires is a demonstration of confirmation bias, and the conclusion is without merit.**

The National Fire Protection Association's (NFPA) mission, per their website, is:
*"To help save lives and reduce loss with information, knowledge, and passion. NFPA delivers information and knowledge through more than 300 consensus codes and standards, research, training, education, outreach and advocacy; and by partnering with others who share an interest in furthering our mission."*

*"NFPA 921 is the Guide for Fire & Explosion investigation was developed by the Technical Committee on Fire Investigation to assist in improving the fire investigation process and the quality of information on fires resulting from the investigation process."*

Shideh's vehicle fire investigations are based on preconception, prejudice, confirmation bias, and do not adhere to the basic methodology of a fire investigation as defined in NFPA 921.

**Shideh's vehicle fire investigations do not adhere to the methodology given in NFPA 921, are not based in science, and are without merit.**

Shideh's third conclusion is that:
*"There were no reports of fires signifying a trend within a specific Toyota model, engine family, or certain dealer's installation procedure."[27]*

This statement is false. There is a trend and it relates thermal events to dealer's installation procedure. All of the vehicles subjected to a TCI field report, which experienced a thermal event had a documented installation defect present. The Toyota Highlander which caught on fire likely had an installation defect. There is a clearly defined relationship between engine block heater installation defects and engine block heater thermal events.

---

[26] NFPA 921 Guide for Fire & Explosion Investigations, 2014, National Fire Protection Association
[27] Bates stamp KDH 008642, KDH 008563



**THE EXPERTS**
**Robson Forensic**

19

Shideh's provides no data or scientific basis to support his third conclusion.

In Kendall's Responses to ECI & ECC's 1st Discovery requests, Interrogatory number 7, when asked to identify any vehicle in which a block engine heater [sic] cord melted or was physically damaged; they identify 9 vehicles. Of those nine vehicles, I was allowed to inspect three of them, despite my request to be allowed to examine more.

In the complaint filed in Superior Court for the State of Alaska[28], it is stated that:

> "Since at least January of 2014 Kendall has installed block heaters on all Toyota vehicles it sold to Alaska car purchasers."

It is reasonable to believe that nine vehicles is a small percentage of the number of Toyota's that Kendall has sold with an engine block heater since 2014. Evaluation of the data I have been presented with supports that a small number of the Toyota's sold by Kendall with an engine block heater since 2014 have experienced a thermal event. Of the vehicles that experienced a thermal event and had a Field Technical Report done by TCI, all of these vehicles (100%) had a documented installation defect related to the engine block heater's ability to transfer heat. Of the vehicles which I was allowed to inspect on behalf of ECI/ECC, one third had a likely cause not related to the engine block heater (Jeep Patriot). One third had a likely cause related to a defectively installed engine block heater (Toyota Highlander). The remaining one third the cause of the fire was undetermined (Toyota Tacoma).

The data supports that there is a direct relation between defectively installed engine block heaters and engine block heater thermal events.

**Shideh's third conclusion concerning the lack of a trend in the incidents is unsupported by data, has no scientific basis, is incorrect, and is without merit.**

**Shideh has not completed any scientific analysis that would be repeatable by a peer to identify any specific manufacturing defect that identifies the engine block heater or its cable as the cause of the vehicle fires.**

---

[28] Complaint, Kendall vs. Warren, Superior Court, Alaska, Case No. 3AN-18-6927 ; 22 May 2018, Paragraph 8



**Robson Forensic** THE EXPERTS

20

## 7.0    FINDINGS

Within the bounds of reasonable engineering certainty, and subject to change if additional information becomes available, it is my professional opinion that:

1. The fire that damaged the Jeep Patriot was caused by a damaged starting and charging system cable.

2. The fire that damaged the Toyota Highlander was caused by the defective installation of the engine block heater.

3. The defective installation of engine block heaters is well documented and will increase the risk of a thermal event.

4. The information in Shideh's Summary of Documents Reviewed mischaracterizes the duplication testing.

5. ECC/ECI's quality control and quality assurance testing on the engine block heaters was reasonable.

6. The engine block heaters are not defective in a manner that makes them unfit or unsafe for their intended use.

7. Shideh's first conclusion, that installation procedures cannot be considered a factor in these fires is a demonstration of confirmation bias, and the conclusion is without merit.

8. Shideh's vehicle fire investigations do not adhere to the methodology given in NFPA 921, are not based in science, and are without merit.

9. Shideh's third conclusion concerning the lack of a trend in the incidents is unsupported by data, has no scientific basis, is incorrect, and is without merit.

10. Shideh has not completed any scientific analysis that would be repeatable by a peer to identify any specific manufacturing defect that identifies the engine block heater or its cable as the cause of the vehicle fires.


Stanley Jaworski, P.E., CFEI, CVFI



**THE EXPERTS**
# Robson Forensic

21

**Stanley Jaworski, P.E. History of Expert Testimony by Deposition or Trial**

1 Sept. 2015
**Donald S. Rubenack, Jr. L.L.C. vs. CE Group, LLC**
Offices of David R. Voyles, 705 Second Avenue, 1300 Hoge Building, Seattle, WA 98104
Deposition

3 May 2016
**Rubenack v. CE Group**
Whatcom County Superior Court, WA
Trial

9 Aug. 2016
**Dancer v. Giorgi**
U.S. Legal Support North 2710 Gateway Oaks Dr. 300, Sacramento, CA 95833
Deposition

1 June 2018
**Snow, Walden v. Pick N Pull**
Byers & Anderson Court Reporting Service 600 University Street, Suite 2300, Seattle, Washington 98101
Deposition

18 June 2018
**Guilbault v. Ferno Washington, Inc.; ERLA, Inc.; d/b/a EMSAR Chicago**
Law Offices of Frank S. Capuani, 135 LaSalle Street, Suite 2950, Chicago, Illinois
Deposition

11 Dec. 2018
**Palisade Park Condominium Association v. Brian Gontarz**
IBM Building, 200 Fifth Ave, 12th floor conference room, Seattle, Washington
Deposition

5 & 6 Aug. 2019
**Martelli Development Group, LLC v. Zurn-Pex Inc., Scagnelli Plumbing & Heating, LLC**
Hill Wallack LLP, 2 Bridge Avenue, Suite 21,Red Bank, NJ 07701
Deposition

30 March 2020
**Janet Forrester v. Nevada Department of Agriculture; Safco Products Co.**
Telephone
Deposition

15 July 2020
**CARL LEE GREEN v. Arizona Structural Laminators L.L.C.**
Zoom Meeting
Deposition



STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

## PROFESSIONAL EXPERIENCE

2015 to present
**Robson Forensic, Inc.**
*Associate*
Provide technical investigations, analysis, reports, and testimony toward the resolution of commercial and personal injury litigation involving Mechanical, HVAC systems, welding incidents and defects, traffic accident reconstruction, and failure analysis.

### HVAC

- <u>Chilled water systems</u>: Chillers, piping, pumps, piping accessories, control valves, isolation valves, bypass valves, valve actuators, evaporators, cooling coils, cooling towers, air separators, condenser water systems, and condensers, primary/secondary systems, primary only systems, bypass valve control, heat transfer issues, water side economizers, and low delta T issues.
- <u>Compressors</u>: Centrifugal, screw, reciprocating, and scroll type compressors.
- <u>Refrigerant management</u>: Charge adjustment, purge units, non-condensable contamination, and oil separators.
- <u>Instrument and controls</u>: Flow meters, temperature sensors, variable speed drives, valve control, controller networks, sequence of operations, control logic, humidity sensors, flow stations, differential pressure sensors, power meters, current taps, freeze stats, averaging air temperature sensors, immersion wells, relays, and contactors.
- <u>DX systems and equipment</u>: Packaged RTUs, split systems, through wall systems, ductless systems, refrigerant piping, oil return issues, and compressor failure issues.
- <u>Air side systems</u>: Air handlers, make up air units, outside air units, fan coils, heating and cooling coils, duct heaters, duct work, duct sizing, blowers, return air paths, dehumidification issues, condensation/dew point issues, comfort issues, and building pressurization.
- <u>Exhaust systems</u>: Building exhaust, kitchen exhaust, and toilet exhaust.
- <u>Heating systems</u>: Electric resistance, heat pump, gas furnace, natural gas, hydronic heating systems, hot water heaters, and gas line.
- <u>Life safety</u>: Duct mounted smoke detectors, smoke control, fire dampers, and smoke dampers.

### PLUMBING, WATER AND GAS

- <u>Domestic hot and cold water</u>: Temperature control, temperature safety devices, scalding, water heaters, mixing valves, circulators, pumps, auto flush devices, freeze protection, corrosion, indirect water heaters, low pressure steam, reverse osmosis systems, pressure and temperature relief valves, reverse osmosis systems, pressure and temperature relief valves.
- <u>Gas systems</u>: Natural gas and propane, gas piping systems, regulators, appliances, gas valves, leak check.
- <u>Gas-fired appliances</u>: Boilers, furnaces, hot water heaters, radiant heaters, wall heaters, ranges, ovens, gas logs and burns.
- Carbon Monoxide Poisoning
- Fire Sprinkler Systems

Case 3:18-cv-00146-HRH    Document 270-2    EXHIBIT A   Filed 07/30/21   Page 24 of 31   Page 24 of 31   ECI 158406

# Robson Forensic
**THE EXPERTS**

STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

**WELDING**
- Experienced TIG welder: Welding of aluminum, steel, stainless steel, and magnesium using the Tungsten Inert Gas Welding process.
- Experienced SMAW welder: Welding of steel pipe and steel members, and steel assemblies using the Shielded Metal Arc Welding process.
- Experienced MIG welder: Welding of automotive exhaust, steel members, steel assemblies, and stainless steel using the Metal Inert Gas welding process.
- Experienced FCAW welder: Welding of steel pipe, automotive components, and steel reinforcements using the Flux Core Arc Welding process.
- Plasma cutting: Experienced operator of manually operated Plasma Cutting machine.
- Oxy-acetylene cutting torch: Experienced operator of Oxy-acetylene cutting torch.
- Brazing: Experienced in the Brazing of copper and brass refrigeration components and line sets.
- Welding and fabrication: Experienced in the application of various methods of welding in the fabrication of new equipment and machinery, pipe welding, and in the application of welding as a method of repair.

**HYDRAULICS**
- Power: Pumps, Motors, Cylinders, Actuators, Filters
- Control: Control Valves, Pressure Maintaining Valves, Flow Regulating Valves, Governors, Accumulators, Pressure Regulators, Pilot Actuated, Servos, Pressure Compensating Valves, Check Valves, Hydraulic Logic

**ELECTRICAL**
- Power: 480, 220, 208, 120 VAC, generators, transformers, breakers.
- Control: 24, 120VAC, low voltage DC, equipment control panels, VFDs, PLCs, touch screens, switches, temp and pressure sensors, loop controllers, transmitters, I/P converters, level sensors.
- Electrical heating systems: Experienced in the application, installation, service, and repair of electric resistance heaters including wall pack heaters, base boards, duct furnaces, electric pre-heat, electric re-heat, and electric resistance terminal unit heaters and all safety and control devices.
- Marine Electrical Systems: 120/240 VAC Systems, DC Systems, Inverters, Generators, Shore Power, Grounding Bus, Distribution Panels, Isolation Transformers

**INDUSTRIAL SAFETY**
- Power Press, Press Brake, Hydraulic Cylinders, Machine Guarding

**AGRICULTURAL SAFETY**
- Center Pivot Irrigation Systems, Irrigation Pipeline

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 25 of 31   ECI 158407
EXHIBIT A Page 25 of 31

STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

**2009 to**  **Optimum Energy**
**2015**  *Senior Technical Account Manager*
- Responsible for building customer relationship at both plant operator level and executive levels during deployment and maintaining relationship for life of the account.
- Provided technical support for customers and partners.
- Collaboration with engineering, development, and project deployment team.
- Maintained excellent relationships with customers, acting as advisor and advocating for product and service enhancements that positively impact operational savings and demonstrate the value of our offering.
- Addressed issues that impact plant performance and energy savings.
- Assisted customers with analysis and troubleshooting of issues involving control theory, direct digital control (DDC) systems, chilled water systems, air handler systems, boiler systems, VAV systems, compressed air systems, psychrometrics, BACnet networks, LON networks, IP networks, electrical systems, variable speed drives, fans, pumps, cooling towers, test and balance (TAB), packaged rooftop units, dehumidification, DX systems, split systems, energy recovery units, heat (enthalpy) wheels, heat recovery machines, heat exchangers, valves, actuators, building pressurization, comfort applications, process applications, ventilation systems, air handlers, ductwork, piping, filters, strainers, diffusers, insulation, maintenance, bearings, thermal energy storage, and control valves.
- Analysis of the operational condition and efficiency of central heating and cooling plant as well as its individual component condition and efficiencies.
- Analysis of the operational condition and efficiency of air movement systems as well as its individual component condition and efficiencies.
- Reviewed and modified chiller plant operational procedures and operating sequences.
- Analyzed, reviewed, and modified chiller plant and HVAC system maintenance programs.
- Advised customers on best solution and options for equipment replacement, retrofit, and/or repair.
- Managed the technical account management team and team work load.
- Coordinated with sales, engineering, development, and project deployment team.

**2006 to**  **HVAC Environmental Solutions, Inc.**
**2009**  *Project Manager*
- Designed work (layout, sizing, and drawings) for duct work, natural gas pipe, chilled water pipe, condenser water pipe, control valves, heat exchanges, packaged roof top units, pumps, and fans.
- Supervised the execution of work done by our installers, mechanics, and subcontractors. Responsible for sizing and selecting pumps, pipes, cooling towers, roof top units, ductwork, and other components of air conditioning equipment.
- Responsible for construction permit applications and the inspection and acceptance process with the appropriate municipality.

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 26 of 31
EXHIBIT A Page 26 of 31   ECI 158408

STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

- Service, installation, and repair of control systems, chillers, packaged roof top air conditioners, VAV boxes, PIU boxes, return air paths, fire dampers, smoke dampers, duct mounted smoke detectors, networkable thermostats, lighting controls, duct heaters, contactors, relays, equipment safety circuits, pumps, pump motors, fans, fan motors, blowers, exhausters, variable speed drives, outside air dampers, damper actuators, control valves, control valve actuators, communication lines, low voltage wiring, cooling coils, heating coils, expansion valves, refrigerant distributors, condensers, refrigeration compressors, walk in coolers, walk in freezers, dehumidifiers, cooling towers, economizer controls, heat exchangers, kitchen exhaust, and toilet exhaust.
- Service and repair of refrigeration systems utilizing reciprocating, screw, scroll, and centrifugal type compressors.
- DX and chilled water based cooling systems.
- Cutting, threading, and fitting of black steel gas line.
- Welding of steel pipe (SMAW) for chilled water and condenser water.
- Brazing of copper and brass refrigeration lines and fittings.

**2005 to 2006**  **Commissioning and Green Building Solutions**
*Assistant Commissioning Agent*
- Responsible for reading and interpretation of construction contract documents
- Formulated static or 'pre-functional' testing routines and checksheets.
- Prepared dynamic of 'functional' testing routines and checksheets.
- Onsite execution of pre-functional and functional tests.
- Preparation of the commissioning reports.
- Performed calculations for determination of LEED credit requirements.
- Application for LEED credits and certification.
- Testing of the following systems/equipment and their associated controls: building envelopes, building pressurization, demand based ventilation, thermostatic controls, dehumidification, energy recovery units (heat wheel), hot gas bypass valves, VAV boxes, boiler staging controls, thermal energy storage, fans, pumps, exhaust systems, economizers, building automation control systems, and life safety interlocks.
- Verification of construction methods meeting SMACNA standards.
- Verification of construction materials complying with contract documents and design specifications.

**2004 to 2005**  **Waypoint Systems**
*Field Engineer*
- Installed, configured, programmed, and troubleshot building automation controllers, systems, and networks.

# THE EXPERTS
# Robson Forensic

STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

2003    **Higginbotham and Associates** (now **Marietta NDT**)
*Welder/Fabricator*
- Constructed welded steel assemblies, steel/lead/steel wall panels, vaults, enclosures, gantries, steel/lead/steel door.
- Operation of manual machine and fabrication tools including drill press, knee mill, engine lathe, magnetic base drill, hole saw, punch press, press brake, shear.
- Welding processes used: Metal Inert Gas, Tungsten Inert Gas, Shielded Metal Arc Welding.
- Metal cutting: Oxy-acetylene, plasma, reciprocating saw, band saw.
- Blueprint interpretation, welding print interpretation.

## PROFESSIONAL CREDENTIALS

Professional Engineer, Mechanical; California, Colorado, Montana, Nevada, Oregon, Texas, Washington
Certified Niagara AX (Factory Certification 2007)
United States Government, General Services Administration – Contractor, Public Trust, Region IV
EPA 608 & 609 Certified (Refrigeration Technician)
Distech Controls (Factory Certification) Free Programmable Controllers
NRA Certified Range Safety Officer
Certified Fire and Explosion Investigator (CFEI)
Certified Vehicle Fire Investigator (CVFI)

## EDUCATION

B.S., Mechanical Engineering Technology, Southern Polytechnic State University, Marietta Georgia, 2004

*Continuing Education*
Professional Ethics for Texas Engineers, PDH Engineer, December 2017
Finding the Root Cause, PDH Engineer, November 2017
Introduction to Hazard Evaluation, PDH Engineer, October 2017
Basics of Crack Propagation, PDH Engineer, October 2017
Fire Protection Fundamentals, PDH Engineer, September 2017
HVAC Instrumentation and Control, PDH Engineer, September 2017
Stairwell Pressurization Systems, PDH Engineer, September 2017
AC Waveforms: Basic Quantities for Non-Electrical Engineers, PDH Engineer, August 2017
Vehicle Fire, Arson & Explosion Investigation Science &Technology Seminar, National Association of Fire Investigators, 2017
International Fire, Arson, & Explosion Investigation Training Program, National Association of Fire Investigators, 2016

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 28 of 31   EXHIBIT A Page 28 of 31   ECI 158410



STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

**PROFESSIONAL MEMBERSHIPS**

American Society of Heating, Refrigeration & Air Conditioning (ASHRAE)
American Society of Mechanical Engineers (ASME)
National Association of Fire Investigators (NAFI)
National Fire Protection Association (NFPA)
Washington Association of Technical Accident Investigators (WATAI)

**INVITED SPEAKER**

Air Barriers: What Are They, What Do They Do and How Do You Foul Them Up?
WDTL Annual Construction Law Update, Presented with William E.J. Martin, AIA, NCARB,
Seattle, WA March 4, 2016

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 29 of 31
EXHIBIT A Page 29 of 31
ECI 158411



**THE EXPERTS**
# Robson Forensic

STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

## AUTOMOTIVE OVERVIEW

Prior to obtaining his mechanical engineering degree Mr. Jaworski was employed as an ASE Certified automotive technician. He remains active in automotive repair in a variety of ways in his spare time. He has more than 20 years and much experience working on all of the systems part and parcel to the automobile. He is an expert automotive repair, and in the operation of an automotive repair facility.

### Motor Vehicle Repair

Diagnosis and repair of engine, transmission, transfer case, differential and final drive, suspension and steering systems, conventional and anti-lock brake systems, stability/traction control, fuel system, emissions systems, climate control, entertainment, video, navigation, network, multiplexing, primary and supplemental restraint systems, lighting/ electrical, interior/exterior components and systems, interaction of dealers and manufacturers, and Safety Recall repairs. Proper use of service repair tools and equipment, repair procedures and shop operations.

### Vehicle Accident Reconstruction

Inspection of damaged vehicle and components. Site inspection. Review of police report, witness statements, scene photos and other documents. Computational recreation of the accident using facts and scientifically accepted methodology to determine how the accident occurred, including elements within the accident. All to determine cause(s) of the accident, including the resulting severity.

### Vehicle Fire Investigation

Certified Vehicle Fire Investigator, National Association of Fire Investigators


## PROFESSIONAL AUTOMOTIVE EXPERIENCE

**2000 to 2002**  **Supertech Automotive**
*Automotive Technician*
- Diagnosis, maintenance, repair, removal and replacement of the following passenger car and light truck systems and their associated components: gasoline engines, diesel engines, engine management systems, engine cooling systems, fuel management systems, exhaust systems, emission control systems, brake systems, power train and driveline, suspension systems, steering systems, airbag systems, electrical controls, charging systems, accessory systems, interiors and trim, heating system, air condition systems, tires, wheel alignment, transmissions.
- Welding of automotive components and assemblies.

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 30 of 31   EXHIBIT A - Page 30 of 31   ECI 158412

# Robson Forensic
**THE EXPERTS**

STANLEY JAWORSKI, P.E., CFEI, CVFI
Mechanical Engineer

**1998 to 1999** — **Sellars Goodyear**
*Automotive Technician*
- Diagnosis, maintenance, repair, removal and replacement of the following passenger car and light truck systems and their associated components: gasoline engines, diesel engines, engine management systems, engine cooling systems, fuel management systems, exhaust systems, emission control systems, brake systems, power train and driveline, suspension systems, steering systems, airbag systems, electrical controls, charging systems, accessory systems, interiors and trim, heating system, air condition systems, tires, wheel alignment, transmissions.

**1998** — **Firestone**
*Automotive Technician*
- Diagnosis, maintenance, repair, removal and replacement of the following passenger car and light truck systems and their associated components: gasoline engines, diesel engines, engine management systems, engine cooling systems, fuel management systems, exhaust systems, emission control systems, brake systems, power train and driveline, suspension systems, steering systems, airbag systems, electrical controls, charging systems, accessory systems, interiors and trim, heating system, air condition systems, tires, wheel alignment, transmissions.

**1995 to 1998** — **Midas Muffler and Brake**
*Automotive Technician*
- Diagnosis, maintenance, repair, removal and replacement of the following passenger car and light truck systems and their associated components: gasoline engines, diesel engines, engine management systems, engine cooling systems, fuel management systems, exhaust systems, emission control systems, brake systems, power train and driveline, suspension systems, steering systems, airbag systems, electrical controls, charging systems, accessory systems, interiors and trim, tires, wheel alignment, transmissions.
- Welding of automotive components and exhaust systems.
- Welding of miscellaneous items brought to the shop by surrounding shops and individual customers.

## AUTOMOTIVE CONTINUING EDUCATION

Traffic Accident Reconstruction – 2, Northwestern University Center for Public Safety
Traffic Accident Reconstruction – 3, Northwestern University Center for Public Safety

Case 3:18-cv-00146-HRH   Document 270-2   Filed 07/30/21   Page 31 of 31   EXHIBIT A, Page 31 of 31   ECI 158413